

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

ADG/RMS
F. #2024R00516

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 8, 2025

<u>By Email and USAfx</u>

John F. Carman, Esq.
The Carman Law Office
666 Old Country Road, Suite 501
Garden City, New York 11530

   Re: <u>United States v. Dao Yin</u>
     <u>Criminal Docket No. 25-CR-334 (DLI)</u>

Dear Mr. Carman:

  Enclosed please find supplemental discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. Please note that pursuant to the terms of the protective order entered in this case, some of this material is considered confidential. As such, PDF files containing confidential material have been marked as "CONFIDENTIAL" on each page, and non-PDF files have been marked as "CONFIDENTIAL" in the filename.

  The following items are being provided to you via USAfx:

- New York City Board of Elections records (CONFIDENTIAL_DY_010705-CONFIDENTIAL_DY_010709);

- Citizens Records (DY_010710-DY_010751);

- T-Mobile Records (DY_010703-DY_010704);

- TD Bank Record (DY_010752); and

- Statement from the defendant's consultant (DY_010753).

  The government also requests reciprocal discovery from the defendant.

    If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact us.

               Very truly yours,

               JOSEPH NOCELLA, JR.
               United States Attorney

         By: /s/ Rebecca Schuman
             Rebecca Schuman
             Andrew D. Grubin
             Assistant U.S. Attorneys
             (718) 254-7202

cc: Clerk of Court (DLI) (by ECF) (without enclosures)