

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

ADG/RMS
F. #2024R00516

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 5, 2026

By ECF

The Honorable Dora L. Irizarry
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Dao Yin
     Criminal Docket No. 25-334 (DLI)

Dear Judge Irizarry:

   The parties in the above-captioned matter hereby submit a joint status report in advance of the status conference presently scheduled for January 21, 2026.

   The defendant is in the process of reviewing discovery materials produced by the government to date, and the government anticipates producing additional discovery materials in the coming weeks. Accordingly, the parties respectfully request that the status conference be adjourned for at least 60 days and are available on April 7, 2026.

   The parties also request that time under the Speedy Trial Act be excluded between January 21, 2026, and the date of the adjourned status conference, so that the defendant can continue to review discovery and the parties can engage in plea negotiations.

            Respectfully submitted,

            JOSEPH NOCELLA, JR.
            United States Attorney

      By: /s/
           Andrew D. Grubin
           Rebecca M. Schuman
           Assistant U.S. Attorneys
           (718) 254-7202

cc: Clerk of Court (DLI) (by ECF)
   John Carman, Esq. (by ECF)