

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

ADG/RMS
F. #2024R00516

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 14, 2026

<u>By Email and USAfx</u>

John F. Carman, Esq.
The Carman Law Office
666 Old Country Road, Suite 501
Garden City, New York 11530

      Re:    <u>United States v. Dao Yin</u>
             <u>Criminal Docket No. 25-CR-334 (DLI)</u>

Dear Mr. Carman:

      Enclosed please find supplemental discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. Please note that pursuant to the terms of the protective order entered in this case, some of this material is considered confidential. As such, PDF files containing confidential material have been marked as "CONFIDENTIAL" on each page, and non-PDF files have been marked as "CONFIDENTIAL" in the filename.

      The following items are being provided to you via USAfx:

- Capital One records (CONFIDENTIAL_DY_019212-CONFIDENTIAL_DY_019219);

- Responsive search warrant returns from the telephone of a third party (CONFIDENTIAL_DY_019220); and

- TD Bank records (DY_019221-DY_019225).

The government also requests reciprocal discovery from the defendant.

       If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact us.

                Very truly yours,

                JOSEPH NOCELLA, JR.
                United States Attorney

By:   /s/ Rebecca Schuman
        Rebecca Schuman
        Andrew D. Grubin
        Assistant U.S. Attorneys
        (718) 254-7202

cc:    Clerk of Court (DLI) (by ECF) (without enclosures)