

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

ADG/RMS
F. #2024R00516

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 25, 2026

<u>By ECF</u>

The Honorable Dora L. Irizarry
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:    United States v. Dao Yin
> <u>Criminal Docket No. 25-334 (DLI)</u>

Dear Judge Irizarry:

The parties in the above-captioned matter hereby submit a joint status report in advance of the status conference presently scheduled for April 7, 2026.

The defendant is in the process of reviewing voluminous discovery materials produced by the government.  Accordingly, the parties respectfully request that the status conference be adjourned for approximately 60 days.  The parties also request that time under the Speedy Trial Act be excluded between April 7, 2026, and the date of the adjourned status conference, so that the defendant can continue to review discovery and the parties can have the opportunity to engage in discussions regarding a possible disposition of this matter.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:    /s/
Andrew D. Grubin
Rebecca M. Schuman
Assistant U.S. Attorneys
(718) 254-7202

cc:    Clerk of Court (DLI) (by ECF)
John Carman, Esq. (by ECF)