# THE CARMAN LAW OFFICE

Attorneys at Law
666 Old Country Road
Suite 501
Garden City, New York 11530
(516) 683-3600
Facsimile
(516) 683-8410

JOHN F. CARMAN, ESQ.
SUSAN SCARING CARMAN, ESQ.

OF COUNSEL
MATTHEW W. BRISSENDEN, ESQ.
JONATHAN EDELSTEIN, ESQ.
PARALEGAL
ANNA M. SACCO

June 11, 2026

**VIA ECF**
Honorable Dora L. Irizarry
United States District Court Judge
225 Cadman Plaza
Brooklyn, New York

Re:    *United States v. Dao Yin*
       *Docket No. 25-CR-334*

Dear Judge Irizarry:

Please accept this letter requesting the rescheduling of today's status conference in the above matter to July 8th, 2026 or another date convenient to the Court.

Although the parties requested a motion schedule in the last case status letter, the defense has since determined that no pre-trial motions will be filed. In addition, the government conveyed an updated plea agreement on June 10, 2026 which will be discussed with Mr. Yin in the coming days.

As to my unavailability for today's conference, I wanted Your Honor to know the reason why I was unable to appear as scheduled.   I had an appointment to meet a client on Riker's Island at 8 a.m.  Unfortunately, for reasons we will probably never know, the officers in our visitation area forgot that we were there. After an hour of banging on the door, we were able to draw attention to our predicament. As you might suspect, attorneys are not permitted to possess cell phones when visiting clients.

Thank you for your understanding.

Respectfully submitted,

JOHN F. CARMAN
(JC 7149)
JFC/as

Cc: Christy Carosella, Courtroom Deputy
    Andrew Grubin, Assistant United States Attorney
    Laura Zuckerwise, Assistant United States Attorney