# THE CARMAN LAW OFFICE

Attorneys at Law
666 Old Country Road
Suite 501
Garden City, New York 11530
(516) 683-3600
Facsimile
(516) 683-8410

JOHN F. CARMAN, ESQ.
SUSAN SCARING CARMAN, ESQ.

OF COUNSEL
MATTHEW W. BRISSENDEN, ESQ.
JONATHAN EDELSTEIN, ESQ.
PARALEGAL
ANNA M. SACCO

July 22, 2026

**VIA ECF**
Honorable Dora L. Irizarry
United States District Court Judge
225 Cadman Plaza
Brooklyn, New York 11201

*Re:* ***United States v. Dao Yin***
***Docket No. 25-CR-334***

Dear Judge Irizarry:

Our office represents Mr. Dao Yin in the above-referenced matter and submit this letter requesting permission for him to travel for work-related purposes from August 25 and to August 28, 2026.

Mr. Yin is employed as an accountant/controller at Magellan Aerospace Corporation, which has its corporate headquarters in East Mississauga, Ontario. The company is holding a conference for its controllers at its headquarters and Mr. Yin is expected to attend as part of his employment obligations on August 26 and August 27.

Mr. Yin is in full compliance with his conditions of release. Pre-trial Services Officer Robert Stehle is aware of the details of this travel request and does not object. Should the application be granted, all travel details will be forwarded to Officer Stehle before retrieval of the passport.

Mr. Yin's wife is the co-signor on his bond, is aware of his request to travel and does not object. She is aware that the Court might contact her to confirm her consent.

Finally, AUSA Andrew Grubin has been advised of this request and responded by stating that his office has a policy of opposing requests of this nature.

Thank you for your consideration.

Respectfully submitted,

JOHN F. CARMAN
(JC 7149)

JFC/as


cc: Christy Carosella, Courtroom Deputy
    Andrew Grubin, Assistant United States Attorney
    Laura Zuckerwise, Assistant United States Attorney