**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

ADG
F. #2024R00516

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 3, 2026

By Email and USAfx

John F. Carman, Esq.
The Carman Law Office
666 Old Country Road, Suite 501
Garden City, New York 11530

Re: United States v. Dao Yin
Criminal Docket No. 25-CR-334 (DLI)

Dear Mr. Carman:

Enclosed please find supplemental discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. Please note that pursuant to the terms of the protective order entered in this case, some of this material is considered confidential. As such, PDF files containing confidential material have been marked as "CONFIDENTIAL" on each page, and non-PDF files have been marked as "CONFIDENTIAL" in the filename. The government renews its request for discovery from the defendant.

The following items are being provided to you via USAfx:

- U.S. Department of Homeland Security encounter records dated August 12, 2024 for third party (CONFIDENTIAL_DY_019226-CONFIDENTIAL_DY_019227);[1]

- Responsive search warrant returns from the telephone of a third party (CONFIDENTIAL_DY_019238-CONFIDENTIAL_DY_01944, CONFIDENTIAL_DY_019246-CONFIDENTIAL_DY_019254, CONFIDENTIAL_DY_019255-CONFIDENTIAL_DY_019313);

- Contribution card dated January 11, 2024 to Dao Yin for New York 2024 (CONFIDENTIAL_DY_019237);

[1] CONFIDENTIAL_DY_019228-CONFIDENTIAL_DY_019236 intentionally omitted.

- Record of Zelle payment for $1,000 from the defendant to third party, dated January 11, 2024 (CONFIDENTIAL_DY_019245);

- Responsive search warrant returns from the defendant's cellphone, a full extraction of which was previously provided to you on or about January 13, 2026 (DY_019314);

- FBI 302 dated October 4, 2024 concerning execution of a search warrant on the defendant's phone (DY_019316);[2]

- FBI records pertaining to the search of the defendant's apartment on October 29, 2024 (DY_019317-DY_019325);

- Notes containing the defendant's statements made on October 21, 2024 (DY_019326-DY_019332);

- Communications seized from the defendant's phone (DY_019333-DY_019338);[3] and

- Search warrant returns from the defendant's apartment (DY_019345-DY_02044).

If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact me.

Very truly yours,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/ Andrew Grubin
Andrew D. Grubin
Assistant U.S. Attorney
(718) 254-7202

cc: Clerk of Court (DLI) (by ECF) (without enclosures)

---

[2] DY_019315 intentionally omitted.

[3] DY_019339 – DY_019344 intentionally omitted.