**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

ADG/LZ
F. #2024R00516

November 5, 2026

By ECF

The Honorable Dora L. Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Dao Yin
Criminal Docket No. 25-334 (DLI)

Dear Judge Irizarry:

The government writes, on behalf of the parties, pursuant to the Court's October 23, 2026 Order in the above-referenced matter instructing the parties to submit a joint status report by November 5, 2026, in advance of a status conference scheduled for November 12, 2026 at 11:30 A.M.

While the parties are still attempting to reach a resolution short of trial, the defendant has indicated that a change of plea, at least short of motion practice, is unlikely. Therefore, the parties respectfully request a briefing schedule convenient for the Court, as the defendant has indicated he likely has several Rule 12(b) motions he would like to make. The parties propose permitting the defendant to file any Rule 12(b) motions by a date

convenient for the Court in mid-March 2027; the government approximately 30 days to file its opposition; and the defendant approximately 14 days to reply, if he elects to do so.

The parties thank the Court for its consideration.

Respectfully submitted,

JOSEPH NOCELLA, JR.,
United States Attorney

By: /s/
Andrew D. Grubin
Laura Zuckerwise
Assistant U.S. Attorneys
(718) 254-7000

cc: Clerk of Court (DLI) (by ECF and E-mail)
Defense counsel (by ECF and E-mail)